NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACI TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, PENNSYLVANIA STATE UNIVERSITY,**
*Defendants-Appellees*

---

2022-1966

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02340-ZNS, Judge Zachary N. Somers.

---

## JUDGMENT

---

JONATHAN DAVID SHAFFER, Haynes and Boone, LLP, Tysons Corner, VA, argued for plaintiff-appellant.  Also represented by TODD MATTHEW GARLAND, Smith, Pachter, McWhorter, PLC. Tysons Corner, VA.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States.  Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, PATRICIA M. MCCARTHY.

ROBERT CHARLES RUTHERFORD, JR., The Pennsylvania State University, State College, PA, for defendant-appellee The Pennsylvania State University.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, REYNA and TARANTO, *Circuit Judges*).
      **AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 8, 2023          /s/ Jarrett B. Perlow
      Date                Jarrett B. Perlow
                          Clerk of Court